UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMANTHA SCHREIBER,

    Plaintiff,

-vs-                                      Case No. 6:09-cv-1990-Orl-18GJK

DENO P. DIKEOU,

    Defendant.

## ORDER

This case is before the Court on the Joint Request for Approval and Entry of Consent Decree (Doc. No. 15) filed October 8, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 23, 2010 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Request for Approval and Entry of Consent Decree (Doc. 15) is **GRANTED**.

3. The Consent Decree (Doc. 15-1) is approved.

4. This Court retains jurisdiction of this case until November 28, 2011 to enforce the Consent Decree.

5. This case is dismissed with prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_14\_\_\_ day of December, 2010.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party